IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

HUDSON INSURANCE COMPANY

    Plaintiff,

vs.

KLAMATH SUPERIOR MOTOR
COMPANY INC., et al.,

    Defendants.

Case No. 1:17-cv-00984-CL

**OPINION AND ORDER**

AIKEN, District Judge:

On November 26, 2019, the Court ordered plaintiff to serve defendant Zachary J. Taylor or show case why he cannot be served within 120 days. Doc. 93. On March 13, 2020, plaintiff responded to the Order by filing a Notice of Voluntary Dismissal (doc. 94), dismissing Taylor without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and a Status Report (doc. 95).

Given plaintiff's response to the Court's November 2019 order, the remaining parties are ordered to submit a proposed order to withdraw the remaining funds and

interest that have accrued during the life of the CRIS account and distribute the monies to the claimants on the same pro rata basis as the principal.

IT IS SO ORDERED.

Dated this 20 day of March 2020.

/s/ Ann Aiken

Ann Aiken
United States District Judge